#### UNITED STATES DISTRICT COURT
#### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:17-cr-102-LRH-WGC |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | DATED: March 26, 2018 |
| BERNARD DAVIS, ) | |
| Defendant(s). ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:  Dionna Negrete            Reporter:  Donna Davidson
U.S. Attorney:  Megan Rachow             Counsel for Defendants:  Christopher Frey

MINUTE ORDER IN CHAMBERS:

10:05 a.m. Court convenes. The defendant is present in custody. Counsel is present. The Court makes preliminary comments. Mr. Frey invokes the Rule of Exclusion.

Counsel stipulate to Government's Exhibit 1, 911 Call admission. IT IS ORDERED that Government's Exhibit 1 is admitted. The 911 call is played in open court.

Officer Chris Dutra, Sparks Police Department, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Rachow. Government's Exhibits 2 – 5 are offered; no objection; Government's Exhibits 2 – 5 are admitted. Cross examination by Mr. Frey. Re-direct examination by Ms. Rachow. Re-cross examination by Mr. Frey. Witness is excused.

Officer Peter Loeschner, Sparks Police Department, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Rachow. Cross examination by Mr. Frey. Witness is excused.

Government Rests.

Mr. Frey represents that the defense will not be presenting any evidence.

Arguments are presented by counsel.

USA v. Bernard Davis
3:17-cr-102-LRH-WGC
Evidentiary Hearing
March 26, 2018
Page 2
_____/

The Court places findings on the record. IT IS ORDERED that defendant's Motion to Suppress [ECF No. 21] is denied.

The Court compliments counsel as to their briefing.

12:01 p.m. Court adjourns.

                                                    DEBRA K. KEMPI, CLERK


                                    By:    D. NEGRETE
                                               Deputy Clerk